UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN HOFFMANN,<br><br>       Plaintiff,<br><br>     v.<br><br>CORNING POLICE DEPARTMENT, et al.,<br><br>       Defendants. | No. 2:14-cv-2793 DAD P<br><br>ORDER FOR PAYMENT OF INMATE FILING FEE |

To: The Sheriff of San Bernardino County, Attention: Inmate Trust Account, 9500 Etiwanda Avenue, Rancho Cucamonga, California 91739:

     Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The San Bernardino County Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

////

1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Sheriff of San Bernardino County or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Sheriff of San Bernardino County or a designee shall collect from plaintiff's inmate trust account monthly payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of San Bernardino County, Attention: Inmate Trust Account, 9500 Etiwanda Avenue, Rancho Cucamonga, California 91739.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: December 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE